UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* KATHLEEN HEFFERNAN,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON MEDICAL CENTER CORP., *et al.*,<br><br>Defendants. | Civil Action No. 14-11664-IT |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the Massachusetts False Claims Act, M.G.L.c. 12, §5C(2), the Commonwealth of Massachusetts ("Commonwealth"), Boston Medical Center Corporation ("BMC"), and relator Kathleen Heffernan (the "Relator") filed a Stipulation of Dismissal. Upon due consideration of the Stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that,

Consistent with, and subject to, the terms of the Settlement Agreement executed by the Commonwealth, BMC, and the Relator, all claims asserted on behalf of the Commonwealth against BMC in this action concerning the Covered Conduct as defined in Paragraph D of the Settlement Agreement shall be dismissed with prejudice, and all remaining claims asserted against BMC, Evans Medical Foundation, Inc., and Faculty Practice Foundation, Inc., in this action, including Count Two, shall be dismissed with prejudice to the Relator and without prejudice to the

4

Commonwealth, except that except that the Relator's claims against the defendants pursuant to 31 U.S.C. § 3730(h) and Mass. G.L. c. 12, § 5J(1) as set forth in Counts Three and Four of the Complaint shall not be dismissed.

Dated: 6/2/16

_____
INDIRA TALWANI
UNITED STATES DISTRICT JUDGE